**WHOLE COURT**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**January 23, 2014**

# In the Court of Appeals of Georgia

A11A2257. THE STATE v. BROWN.

BOGGS, Judge.

In *Brown v. State*, ___ Ga. ___ (Case No. S12G1287; decided October 21, 2013), the Supreme Court reversed the judgment of this Court in *State v. Brown*, 315 Ga. App. 154 (726 SE2d 654) (2012). We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Barnes, P. J., Miller, Dillard, Branch, Ray, and McMillian, JJ., concur.*